**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

MIGUEL MARIN CERDA RIOS,
Petitioner,
v.
ACTING OR CURRENT WARDEN, ADELANTO ICE PROCESSING CENTER GEO GROUP INC, et al.,
Respondents.

No. 5:26-cv-06619-CV-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. The Petition is granted;
3. Petitioner **(A# 088-328-951)** shall be released from immigration detention on the conditions of supervision that applied

immediately before he was taken into immigration detention within 24 hours of any order adopting this Report and Recommendation;

4. When releasing Petitioner, Respondents must return any property seized from him in the course of his arrest and detention;

5. Respondents shall file a status report within three days of any order adopting this Report and Recommendation confirming their compliance with the Court's order;

6. Judgment shall be entered consistent with this Order once such confirmation is received; and

7. The Court Clerk shall serve this order on all counsel or parties of record.

DATED: November 18, 2026

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE