JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

MIGUEL MARIN CERDA RIOS,

Petitioner,

v.

ACTING OR CURRENT WARDEN, ADELANTO ICE PROCESSING CENTER GEO GROUP INC, et al.,

Respondents.

No. 5:26-cv-06619-CV-BFM

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus, IT IS ORDERED AND ADJUDGED that the Petition is **GRANTED.**

DATED: November 19, 2026

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE